UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELVIN THOMAS, | ) |
| Petitioner, | ) Case No. CV 10-0857-RSWL(AJW) |
| vs. | ) |
| SIERRA CONSERVATION PRISON, | ) JUDGMENT |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: 02-26-10

RONALD S.W. LEW
_____
Ronald S.W. Lew
Senior, U.S. District Court Judge